# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

DASNEY MADRID VELASQUEZ,

Petitioner,

v.

JEREMY CASEY, Warden, Imperial Regional Detention Facility,

Respondent.

Case No.:  26cv3451 DMS (AHG)

**ORDER APPOINTING COUNSEL**

After further review of the parties' briefs, and in particular, the Petition, the Court appoints counsel to represent Petitioner pursuant to Chief Judge Order No. 134-A.  Federal Defenders of San Diego, Inc. ("FDSDI") is hereby appointed as counsel, effective immediately.  The Clerk of Court shall provide notice of this appointment to FDSDI through CAS_2241@fd.org.  On or before **August 3, 2026**, FDSDI shall file a status report or an amended petition.

**IT IS SO ORDERED.**

Dated:  July 27, 2026

Hon. Dana M. Sabraw
United States District Judge

1

26cv3451 DMS (AHG)