# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

DASNEY MADRID VELASQUEZ,

Petitioner,

v.

JEREMY CASEY, Warden, Imperial Regional Detention Facility,

Respondent.

Case No.:  26cv3451 DMS (AHG)

**ORDER EXTENDING DEADLINE FOR FURTHER STATUS REPORT**

Pursuant to Petitioner's August 10, 2026 Status Report, a further status report shall be filed on or before **August 17, 2026**.

**IT IS SO ORDERED.**

Dated:  August 11, 2026

Hon. Dana M. Sabraw
United States District Judge

1