**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

DASNEY MADRID VELASQUEZ,
Petitioner,

v.

JEREMY CASEY, Warden, Imperial Regional Detention Facility,
Respondent.

Case No.: 26cv3451 DMS (AHG)

**ORDER GRANTING PETITION**

This case comes before the Court on the Amended Petition for Writ of Habeas Corpus. Respondents filed a Return stating they do not oppose the Petition and defer to the Court on the appropriate relief.

Given the allegations in the Amended Petition, which Respondents do not dispute, the Court agrees with Petitioner that the proper remedy here is release, not a bond hearing. *See Galan v. LaRose*, Case No. 26cv1042 DMS (MSB), ECF No. 19 at 4, and *Alvarez Gallardo v. Attorney General*, Case No. 26cv2273 DMS (JLB), ECF No. 7 at 2-3. Accordingly, Respondents shall release Petitioner from custody forthwith, and shall not re-detain her without first providing a pre-deprivation hearing before a neutral decisionmaker at which Respondents must prove there are material, changed circumstances related to flight risk or danger to the community that warrant Petitioner's re-detention. The parties

shall file a Joint Status Report within 72 hours of this Order's filing, confirming Petitioner has been released. The Clerk of Court shall enter judgment accordingly and close this case.

**IT IS SO ORDERED.**

Dated: September 1, 2026

Hon. Dana M. Sabraw
United States District Judge